# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Lena Bell,

    Plaintiff(s),

    v.                               Civil NO: 5:08CV5

Cabela's, Inc.

    Defendant(s).

FILED FEB - 6 2008
U.S. DISTRICT COURT
WHEELING, WV 26003

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Margaret C. Hershiser, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 2/6/08

_____
United States District Judge