IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LENA BELL,

    Plaintiff,

v.                                   Civil Action No. 5:08CV5
                                                      (STAMP)

CABELA'S, INC. d/b/a Cabela's,

    Defendant.

## **ORDER GRANTING REQUEST TO WITHDRAW AS COUNSEL**

On February 4, 2008, Rufus A. Jennings, counsel for the plaintiff, requested permission from this Court to withdraw his appearance on behalf of the plaintiff, Lena Bell. Subsequently, this Court confirmed that co-counsel, Timothy M. Kolman, joined Mr. Jennings' request to withdraw. Mr. Jennings has informed this Court that neither he nor Mr. Kolman nor any other attorney in his law firm is licensed to practice in the State of West Virginia and that his firm has been unable to secure local counsel. In his request, Mr. Jennings asks that the plaintiff be granted a sixty-day period to obtain new counsel. There has been no response to the motion.

Accordingly, the request to withdraw the appearances of Rufus A. Jennings and Timothy M. Kolman as counsel for the plaintiff is GRANTED effective **April 21, 2008**, or until such time as new counsel appears on behalf of the plaintiff, whichever occurs first. It is ORDERED that counsel may withdraw their appearances on behalf of the plaintiff as of April 21, 2008, or until such time as new counsel appears on behalf of the plaintiff, whichever occurs first.

The plaintiff shall notify this Court of the retention of new counsel within sixty (60) days of the date of the entry of this order and counsel shall note his or her appearance at that time. Unless and until the plaintiff notifies this Court that she has retained new counsel, the plaintiff will be considered to be proceeding in this action pro se[1] beginning on April 21, 2008. Parties appearing pro se are required to file with the Clerk their complete names and address where the pleadings, notices and other papers may be served upon them. L. R. Gen. P. 83.03.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein, including withdrawing counsel, and to the plaintiff, Lena Bell, at 139 Pine Bank Road, New Freeport, Pennsylvania 15352.

DATED: February 21, 2008

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE

---

[1] "Pro se" describes a person who represents himself in a court proceeding without the assistance of a lawyer. Black's Law Dictionary 1237 (7th ed. 1999).